UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION
CIVIL ACTION NO. 7:16-cv-00018-ART-EBA
*Filed Electronically*

**In re: 15 Mart Meade Branch, Prestonsburg, Kentucky 41653**

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.

ESTATE OF KATHY THACKER, ET AL,                                                      DEFENDANTS

**STATUS REPORT**
* * * * * * * *

Comes the Plaintiff, United States of America, by and through counsel and hereby provides the following information regarding the status of this matter.

Counsel for Plaintiff states that service was Summons and Complaint was forwarded to Defendant, Shawn Reynolds both individually and as Administrator of the Estate of Kathy Thacker, via certified mail, however, as of the date of this status counsel has not been notified by the US Postal Service if service or non-service has been achieved. Counsel states, on this date Summons and Complaint has been re-forwarded to the above-named Defendant and immediately upon notification of service or non-service by the US Postal Service will proceed with this action accordingly.

Counsel for Plaintiff apologizes to the Court for the delay in services of process and respectfully requests this Honorable Court accept its Status Report and allow same to remain on the active docket.

Respectfully submitted,

/s/ R. Scott Wilder
R. Scott Wilder
Melissa R. Dixon
Gambrel & Wilder Law Offices, PLLC
1222 ½ N Main St., Ste. 2
London, KY 40741
Telephone: (606) 878-8906
Facsimile: (606) 878-8907
Email: rswilder@gambrelwilderlaw.com
mrdixon@gambrelwilderlaw.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing Response has been served upon the following either electronically via CM/ECF or by placing in the United States Mail, postage prepaid, on the 15th day of August, 2016:

Shawn C. Reynolds, Individually and
As Administrator of the Estate of Kathy Thacker
6303 Abbott Creek Rd.
Prestonsburg, KY 41653

Commonwealth of Kentucky
c/o Kentucky Attorney General
1024 Capital Center Dr.
Frankfort, KY 40601

/s/ R. Scott Wilder
R. Scott Wilder/Melissa R. Dixon